IN THE SUPREME COURT OF NORTH CAROLINA

No. 397A16

Filed 8 December 2017

STATE OF NORTH CAROLINA

v.

ADAM ROBERT JACKSON

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 791 S.E.2d 505 (2016), affirming an order entered on 13 March 2015 and a judgment entered on 11 February 2015 by Judge Joseph N. Crosswhite in Superior Court, Alexander County. Heard in the Supreme Court on 7 November 2017.

*Joshua H. Stein, Attorney General, by Joseph A. Newsome, Assistant Attorney General, for the State.*

*Glenn Gerding, Appellate Defender, by Jillian C. Katz, Assistant Appellate Defender, for defendant-appellant.*

PER CURIAM.

AFFIRMED.